UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GLOBAL DETECTION AND
REPORTING, INC.,

        Plaintiff,

-against-

SECURETEC DETEKTIONS-
SYSTEME AG and SECURETEC
CONTRABAND DETECTION AND
IDENTIFICATION, INC.
        Defendants.
-------------------------------------------------------X

Civil Action No.: 08 CV 5441

**RULE 7.1 STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiff GLOBAL DETECTION AND REPORTING, INC., by its undersigned attorneys, certifies that it has no subsidiaries or affiliates which are publicly held.

Dated: New York, New York
      June 16, 2008

                                    McCARTER & ENGLISH, LLP

                                    By: _____
                                         Robert S. Bernstein (RB-1509)
                                         A Member of the Firm
Attorneys for Plaintiff Global Detection and
Reporting, Inc.
245 Park Avenue
New York, New York 10167
(212) 609-6800

ME1 7456938v.1
                                                                               ME1\6076331.1