UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GLOBAL DETECTION AND REPORTING, INC.,

Civil Acton No. 08-CV-5441
(ECF CASE)  (JUDGE LYNCH)

Plaintiff(s)

-Against-

AFFIDAVIT
OF
SERVICE

SECURETEC DETEKTIONS - SYSTEME AG and
SECURETEC CONTRABAND DETECTION AND
IDENTIFICATION, INC
                    Defendant(s)

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

   JANICE QUADARA the undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.
   That on the 17$^H$ day of June, 2008 at approximately 12:20PM, she served a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL WITH CIVIL COVER SHEET AND RULE 7.1 STATEMENT. THE INDIVIDUAL JUDGES RULES, INSTRUCTIONS FOR FILING ECF CASE, PROCEDURES FOR FILING AN ECF CASE, AND GUIDELINES FOR ECF FILING. in the above captioned matter upon

Securetec Contraband Detection and Identification Inc. at 245 Park Ave New York N.Y. 10167 27th Fl

Actual place of business being : Securetec Detection and Identification Inc.
460 Market Street #301 Williamsport,PA 17701

By personally delivering to and leaving with FRANZ ABERL / CEO,
one original copy of the SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL WITH CIVIL COVER SHEET AND RULE 7.1 STATEMENT . THE INDIVIDUAL JUDGES RULES, INSTRUCTIONS FOR FILING ECF CASE, PROCEDURES FOR FILING AN ECF CASE, AND GUIDELINES FOR ECF FILING. Deponent describes FRANZ ABERL / CEO as follows:

| | |
|---|---|
| Sex: | Male |
| Color: | White |
| Hair: | Black/Bald on top |
| Age: | Approximately 45 years old |
| Height: | Approximately 5 feet 5 inches |
| Weight | Approximately 170 lbs. |

_____ X
JANICE QUADARA # 1017034

Sworn to before me this
25th day of June, 2008
_____
        Notary Public

MABEL TORRES
Notary Public, State of New York
No. 01T06174867
Qualified in Kings County
Commission Expires October 1, 2011

ME1 7466527v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GLOBAL DETECTION AND REPORTING, INC.,

                                                  Civil Acton No. 08-CV-5441
                                                  (ECF CASE)  (JUDGE LYNCH)

                          Plaintiff(s)

         -Against-

                                                AFFIDAVIT
                                                OF
SECURETEC DETEKTIONS - SYSTEME AG and        SERVICE
SECURETEC CONTRABAND DETECTION AND
IDENTIFICATION, INC
                          Defendant(s)

STATE OF NEW YORK        )
                                 ) ss:
COUNTY OF NEW YORK     )

      JANICE QUADARA the undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.
      That on the 16[H] day of **June , 2008** at approximately **12:20PM**, she served a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL WITH CIVIL COVER SHEET AND RULE 7.1 STATEMENT. THE INDIVIDUAL JUDGES RULES, INSTRUCTIONS FOR FILING ECF CASE, PROCEDURES FOR FILING AN ECF CASE, AND GUIDELINES FOR ECF FILING.  in the above captioned matter upon

**Securetec Detecktions-Systeme AG   at 245 Park Ave New York N.Y. 10167 27th Floor**

**Actual place of business being : Securetec Detektions-Systeme AG Eugen-Sanger-Ring 1 D-85649, Brunnthal, Germany**

By personally delivering to and leaving with RUDOLF ZIMMERMAN/ PRESIDENT & CEO,
 one original copy of the SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL WITH CIVIL COVER SHEET AND RULE 7.1 STATEMENT . THE INDIVIDUAL JUDGES RULES, INSTRUCTIONS FOR FILING ECF CASE, PROCEDURES FOR FILING AN ECF CASE, AND GUIDELINES FOR ECF FILING. Deponent describes RUDOLF ZIMMERMAN/ PRESIDENT & CEO as follows:

Sex:             Male
Color:          White
Hair:           Gray
Age:           Approximately 60 years old
Height:        Approximately 5 feet 4 inches
Weight        Approximately 200 lbs.

                                                                         JANICE QUADARA # 1017034

        Sworn to before me this
        25th day of June, 2008
        _____
            Notary Public

                 MABEL TORRES
         Notary Public, State of New York
              No. 01T06174867
          Qualified in Kings County
      Commission Expires October 1, 2011

ME1 7466299v.1