UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GLOBAL DETECTION AND
REPORTING, INC.,   Civil Action No.: 08-CIV-5441
                                                                (GEL/FM)
                       Plaintiff,

   -against-

SECURETEC DETEKTIONS-
SYSTEME AG and SECURETEC
CONTRABAND DETECTION AND
IDENTIFICATION, INC.,

                       Defendants.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of William S. Nolan, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendants Securetec Detektions-Systeme AG and Securetec Contraband Detection and Identification, Inc., in the above-captioned action.

Dated: Albany, New York
        July 3, 2008

                                         WHITEMAN OSTERMAN & HANNA LLP

                                         BY:   /s/ William S. Nolan
                                                  _____
                                                  William S. Nolan (WN-8091)
                                                  Attorneys for Defendants
                                                  One Commerce Plaza
                                                  Albany, New York 12260
                                                  (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendants Securetec Detektions-Systeme AG and Securetec Contraband Detection and Identification, Inc.'s Notice of Appearance was served this 3rd day of July, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer