UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GLOBAL DETECTION AND
REPORTING, INC.,                                   Civil Action No.: 08-CIV-5441
                                                                    (GEL/FM)
                Plaintiff,

  -against-


SECURETEC DETEKTIONS-
SYSTEME AG and SECURETEC
CONTRABAND DETECTION AND
IDENTIFICATION, INC.,

                Defendants.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendants Securetec Detektions-Systeme AG and Securetec Contraband Detection and Identification, Inc., in the above-captioned action.

Dated: Albany, New York
       July 3, 2008

                                         WHITEMAN OSTERMAN & HANNA LLP

                                         BY:   /s/ John J. Henry
                                                      _____
                                                      John J. Henry (JH-7137)
                                                     Attorneys for Defendants
                                                     One Commerce Plaza
                                                     Albany, New York 12260
                                                     (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendants Securetec Detektions-Systeme AG and Securetec Contraband Detection and Identification, Inc.'s Notice of Appearance was served this 3rd day of July, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer