UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GLOBAL DETECTION AND
REPORTING, INC.,                                        Civil Action No.: 08-CIV-5441
                                                        (GEL/FM)
                Plaintiff,

  -against-                                            **RULE 7.1 STATEMENT**

SECURETEC DETEKTIONS-
SYSTEME AG and SECURETEC
CONTRABAND DETECTION AND
IDENTIFICATION, INC.,

                Defendants.
---------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants Securetec Detektions-Systeme AG and Securetec Contraband Detection and Identification, Inc., by the undersigned attorneys, certify that they have no parents, subsidiaries, or affiliates which are publicly held.

Dated:  Albany, New York
         July 3, 2008

                                            WHITEMAN OSTERMAN & HANNA LLP

                          BY:   /s/ William S. Nolan
                                      _____
                                      John J. Henry (JH-7137)
                                      William S. Nolan (WN-8091)
                                      Attorneys for Defendants
                                      One Commerce Plaza
                                      Albany, New York  12260
                                      (518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendants Securetec Detektions-Systeme AG and Securetec Contraband Detection and Identification, Inc.'s Rule 7.1 Statement was served this 3rd day of July, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer