UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GLOBAL DETECTION AND
REPORTING, INC.,                                  Civil Action No.:  08-CIV-5441
                                                  (GEL/FM)
                    Plaintiff,

    -against-


SECURETEC DETEKTIONS-
SYSTEME AG and SECURETEC
CONTRABAND DETECTION AND
IDENTIFICATION, INC.,

                    Defendants.
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on July 3, 2008, I electronically filed Defendants Notice of Motion to Dismiss Pursuant to FED.R.CIV.P. 12(b)(6), Declaration in Support of Motion to Dismiss Pursuant to FED. R.CIV.P. 12(b)(6) and Memorandum of Law in Support of Defendants' Motion to Dismiss with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

                            Robert S. Bernstein, Esq.
                            McCARTER & ENGLISH, LLP
                            Attorneys for Plaintiff
                            245 Park Avenue
                            New York, New York  10167
                            (212) 609-6800


                            /s/ Carrie L. Lalyer
                            _____
                            CARRIE L. LALYER