UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GLOBAL DETECTION AND  : Civil Action No.:
REPORTING, INC.,  :
 :
       Plaintiff,  :
 :
-against-  : **CERTIFICATE OF SERVICE**
 :
SECURETEC DETEKTIONS-  :
SYSTEME AG and SECURETEC  :
CONTRABAND DETECTION AND  :
IDENTIFICATION, INC.  :
       Defendants.  :
-----------------------------------------------------X

      I hereby certify that on July 18, 2008, I electronically filed the Declaration in Opposition to Defendants' Motion to Dismiss and Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to:

           William S. Nolan, Esq.
           Whiteman Osterman & Hanna
           One Commerce Plaza
           Albany, New York 12260

                      s/Renee A. Gallagher
                      RENEE A. GALLAGHER

ME1 7542249v.1

July 18, 2008

Hon. Gerald E. Lynch
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 910
New York, New York 10007

Re: Global Detection and Reporting, Inc. v. Securetec Setektions-Systeme AG, et al., 08 Civ. 5441 (GEL)

Dear Judge Lynch:

On behalf of Plaintiff Global Detection and Reporting, Inc. I am writing to request oral argument on Defendants' Motion to Dismiss dated July 3, 2008. Plaintiff filed its opposition to Defendants' Motion to Dismiss today.

Respectfully Submitted,


Robert S. Bernstein

cc: William S. Nolan, Esq.

Robert S. Bernstein
Partner
T. 212.609.6834
F. 212.645.0853
rbernstein@mccarter.com

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

ME1 7541760v.1