UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GLOBAL DETECTION AND
REPORTING, INC.,                                          Civil Action No.: 08-CIV-5441
                                                                        (GEL/FM)
                      Plaintiff,

  -against-


SECURETEC DETEKTIONS-
SYSTEME AG and SECURETEC
CONTRABAND DETECTION AND
IDENTIFICATION, INC.,

                     Defendants.
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on July 25, 2008, I electronically filed Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

                      Robert S. Bernstein, Esq.
                      McCARTER & ENGLISH, LLP
                      Attorneys for Plaintiff
                      245 Park Avenue
                      New York, New York  10167
                      (212) 609-6800


                      /s/ Carrie L. Lalyer
                      _____
                              CARRIE L. LALYER