UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GLOBAL DETECTION AND
REPORTING, INC.,

          Plaintiff,

   -against-

SECURETEC DETEKTIONS-
SYSTEME AG, et al.,

          Defendants.

-------------------------------------------------------------x

08 Civ. 5441 (GEL)

**ORDER**



GERARD E. LYNCH, District Judge:

    Defendants move to dismiss counts two, three, and four of the complaint on the ground that they are duplicative of plaintiff's breach of contract claim or otherwise flawed. Plaintiff's amended complaint, filed on July 28, 2008, has rendered the motion moot.

    Accordingly, defendants' motion to dismiss is denied without prejudice to its renewal, either at this time or at the summary judgment stage, should defendants believe that the amended complaint is vulnerable to the same objections.

SO ORDERED.

Dated: New York, New York
       August 14, 2008

                                                          GERARD E. LYNCH
                                                      United States District Judge