Form 20 - SECRETARY OF STATE - 307
McCARTER & ENGLISH, LLP
ATTN:
US DISTRICT COURT   SOUTHERN/NY COUNTY   STATE OF NEW YORK

GLOBAL DETECTION AND REPORTING INC.   plaintiff

- against -

SECURETEC DETEKTIONS-SYSTEME AG, ETAL   defendant

Index No. 08-CIV-5441
Date Filed ............
Office No. 097191-3
Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
STEVE AVERY being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the
31st of July, 2008 at 09:55 AM
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
SUMMONS AND COMPLAINT
UPON: TEKOPS, LLC
the DEFENDANT in this action, by delivering to and leaving with
DONNA CHRISTIE, AGENT

in the office of the Secretary of State of New York, one true copy thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section ~~3~~ ~~pxxofxthexBCLx~~ 304 LLC

Deponent further describes the person actually served as follows:

SEX: FEMALE          COLOR: WHITE          HAIR: BLONDE
APP. AGE: 35         APP. HT: 5:5          APP. WT: 130
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
6th DAY OF August, 2008

KENNETH ISSNER
Notary Public-State of New York
No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7ME2141437