Form 20 - SECRETARY OF STATE - 307

MCCARTER & ENGLISH, LLP
ATTN:

| US DISTRICT COURT | SOUTHERN/NY COUNTY | STATE OF NEW YORK |

GLOBAL DETECTION AND REPORTING INC.    plaintiff

Index No. 08-CIV-5441

Date Filed ............

- against -

Office No. 097191-3

SECURETEC DETEKTIONS-SYSTEME AG, ETAL    defendant

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY**                   being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
**31st  of July, 2008 at  09:55 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
UPON: **TEKOPS, LLC**
the DEFENDANT in this action, by delivering to and leaving with
**DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, one true copy thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 3 ~~p~~~~xxofxthexBCLx~~ 304 LLC

Deponent further describes the person actually served as follows:

SEX: **FEMALE**         COLOR: **WHITE**        HAIR: **BLONDE**
APP. AGE: **35**        APP. HT: **5:5**        APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
6th DAY OF August, 2008
..................................
STEVE AVERY
KENNETH ISSNER                   AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York   225 BROADWAY, SUITE 1802
No.01WI4714130                   NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY      Reference No: 7ME2141437
Commission Expires 03/30/2010