Diane C. Hertz
Justin G. Imperato
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY  10022-4689
Telephone: (212) 705-7000

*Attorneys for Defendant*
*TeamOps LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL DETECTION AND REPORTING, INC., <br><br>          Plaintiff, <br><br>     -against- <br><br> SECURETEC DETEKTIONS-SYSTEME AG, SECURETEC CONTRABAND DETECTION AND IDENTIFICATION, INC. and TEAMOPS LLC, <br><br>         Defendants. | Case Number:  08 Civ. 5441 (GEL) <br><br> **<u>CORPORATE DISCLOSURE STATEMENT</u>** |

Pursuant to Fed. R. Civ. P. 7.1, defendant TeamOps LLC ("TeamOps") states that at all times relevant to the allegations of the Amended Complaint it has been a limited liability company, and that its managing member is Kraft Group LLC and other member is Kraft Family Inc.  At all times relevant to the allegations of the Amended Complaint, no publicly held company owned more than a ten percent interest in TeamOps LLC.

Dated:  New York, New York
       August 21, 2008

                              BINGHAM McCUTCHEN LLP


                   By: /s/ Diane C. Hertz
                        Diane C. Hertz
                        Justin G. Imperato
                        399 Park Avenue
                        New York, NY 10022
                        Tel: (212) 705-7000
                        diane.hertz@bingham.com
                        justin.imperato@bingham.com

                        *Attorneys for Defendant*
                        *TeamOps LLC*