Diane C. Hertz
Justin G. Imperato
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000

*Attorneys for Defendant*
*TeamOps LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL DETECTION AND REPORTING, INC., | Case Number: 08 Civ. 5441 (GEL) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| SECURETEC DETEKTIONS-SYSTEME AG, SECURETEC CONTRABAND DETECTION AND IDENTIFICATION, INC. and TEAMOPS LLC, | |
| Defendants. | |

       PLEASE TAKE NOTICE that, Justin G. Imperato of Bingham McCutchen LLP hereby appears as counsel for defendant TeamOps LLC in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> BINGHAM McCUTCHEN LLP
> Justin G. Imperato
> 399 Park Avenue
> New York, New York 10022
> justin.imperato@bingham.com

A/72630103.1

Dated:  New York, New York
       August 21, 2008

**BINGHAM McCUTCHEN LLP**

/s/ Justin G. Imperato
Diane C. Hertz
Justin G. Imperato
399 Park Avenue
New York, New York 10022
(212) 705-7000
diane.hertz@bingham.com
justin.imperato@bingham.com