*Lynch, J*

Diane C. Hertz
Justin G. Imperato
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000

*Attorneys for Defendant*
*TeamOps LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL DETECTION AND REPORTING, INC., | Case Number: 08 Civ. 5441 (GEL) |
| Plaintiff, | **STIPULATION** |
| -against- | |
| SECURETEC DETEKTIONS-SYSTEME AG, SECURETEC CONTRABAND DETECTION AND IDENTIFICATION, INC. and TEAMOPS LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their undersigned counsel, that the time for defendants Securetec Detektions-Systeme AG, Securetec Contraband Detection and Identification, Inc. and TeamOps LLC to answer, move, or otherwise respond to the Amended Complaint is extended to and including September 18, 2008. Defendants were originally due to answer, move, or otherwise respond to the Amended Complaint on August 20, 2008. This is the parties' first request for such relief.

Dated: New York, New York
August 21, 2008

A/72630083.1

McCARTER & ENGLISH LLP

By: /s/ Robert S. Bernstein
Robert S. Bernstein
245 Park Avenue
New York, NY 10167
Tel: (212) 609-6800
rbernstein@mccarter.com

*Attorney for Plaintiff*
*Global Detection and Reporting, Inc.*

BINGHAM McCUTCHEN LLP

By: /s/
Diane C. Hertz
Justin G. Imperato
399 Park Avenue
New York, NY 10022
Tel: (212) 705-7000
diane.hertz@bingham.com
justin.imperato@bingham.com

*Attorneys for Defendant*
*TeamOps LLC*

WHITEMAN, OSTERMAN & HANNA LLP

By: /s/
John J. Henry
William S. Nolan
One Commerce Plaza
Albany, NY 12260
Tel: (518) 487-7600
jhenry@woh.com
wnolan@woh.com

*Attorneys for Defendants*
*Securetec Detektions-Systeme AG and*
*Securetec Contraband Detection and Indentification, Inc.*

SO ORDERED:

/s/ Gerard E. Lynch
The Honorable Gerard E. Lynch
United States District Judge

8/22/08